IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIAM RICHARDSON**, *et al.*,<br><br>　　Plaintiff.<br><br>v.<br><br>**FCA US, LLC**, *et al.*,<br><br>　　Defendant. | Case No. 7:19-CR-15 (HL) |

### ORDER

William Richardson, individually and as the Administrator of the Estate of Seanesee Richardson, moves for substitution of plaintiff under Rule 25(a)(1) and for leave to file an amended complaint. (Doc. 188). After due consideration, the motion (Doc. 188) is **GRANTED**. William Richardson is substituted as Plaintiff, and Plaintiff shall file the amended complaint within 30 days of this order.

**SO ORDERED**, this 8th day of September, 2022.

　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

aem